**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** III | **Investigating Agency** FBI/IRS |
| **City** Worcester | **Related Case Information:** | |
| **County** Worcester | Superseding Ind./ Inf. _____ | Case No. _____ |
| | Same Defendant _____ | New Defendant _____ |
| | Magistrate Judge Case Number | |
| | Search Warrant Case Number | See next page |
| | R 20/R 40 from District of | |

**Defendant Information:**

Defendant Name: Julio Lopez    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Arleta, California

Birth date (Yr only): 1977   SSN (last4#): 3103   Sex: M   Race: _____   Nationality: _____

**Defense Counsel if known:** Blake Rubin    Address: 146 Main St., #402, Worcester, MA

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA: Bill Abely    Bar Number if applicable: 660281

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 12/11/2020    Signature of AUSA: *[signature]*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Julio Lopez

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1343 | Wire fraud | 1-2 |
| Set 2 | 18 U.S.C. § 371 | Conspiracy to defraud the United States | 3 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   Search warrants: 15-mj-4254-DHH, 15-mj-4261-DHH, 16-mj-4187-DHH, 17-mj-4287-DHH, 17-mj-4288-DHH, 18-mj-4006-DHH, 18-mj-4204-DHH, 18-mj-4205-DHH, 18-mj-4206-DHH, 18-mj-4207-DHH, 18-mj-4208-DHH, 18-mj-4209-DHH, 18-mj-4210-DHH, 18-mj-4250-DHH, 18-mj-4251-DHH, 18-mj-4411-DHH, 18-mj-4412-DHH,